UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VESTER LEE PATTERSON, | 1:15-cv-00053-MJS-(HC) |
|---|---|
| Petitioner, | |
| v. | ORDER DISMISSING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT |
| STU SHERMAN, | (Doc. 6) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On January 15, 2015, petitioner filed an application to proceed in forma pauperis. As Petitioner was authorized by this court to proceed in forma pauperis on January 14, 2015, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISMISSED as moot.

IT IS SO ORDERED.

Dated:   January 20, 2015          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1